UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Crim. No. 06-382-05 (WHW) |
| Plaintiff, : | Hon. William H. Walls |
| v. : | |
| WILLIAM I. SCHWARTZ, : | **CONSENT ORDER RETURNING DEFENDANT'S PASSPORT** |
| Defendant. : | |

THIS MATTER having been opened to the Court by Defendant William I. Schwartz (Henry E. Klingeman, Esq., appearing) for an Order returning Defendant's passport from the United States Pretrial Services Agency; the United States of America, Paul J. Fishman, United States Attorney (AUSA Anthony Moscato, appearing) having no objection; the Court having considered the recommendation of the United States Pretrial Services Agency; and for good cause shown,

WHEREFORE, IT IS on this _21_ day of _January_, 2010;

ORDERED that the United States Pretrial Services Agency return Defendant William I. Schwartz's United States passport to him immediately upon receipt of this Order;

IT IS FURTHER ORDERED that all terms and conditions of probation previously imposed remain in full force and effect.

HONORABLE WILLIAM H. WALLS
United States District Judge

HENRY E. KLINGEMAN, ESQ.
For Defendant William I. Schwartz

AUSA ANTHONY MOSCATO
For the United States Attorney's Office