PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: William I. Schwartz  Cr.: 2:06:cr382-05
PACTS #: 45810

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 12/21/09

Original Offense: Withholding Information on a Crime 18 U.S.C. 4

Original Sentence: 3 years probation
Special Conditions: full financial disclosure, no new credit, DNA collection, $180,900 restitution

Type of Supervision: Probation                Date Supervision Commenced: 12/21/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **"The offender is in violation of the supervision condition which states: The offender is to pay $180,900 in restitution at a rate of no less than $50 per month to commence 30 days after the date of the judgment."** |
| | The offender reported that he is unable to make payments, as his monthly liabilities outweigh his assets. He provided the undersigned officer with a net worth statement verifying this. |

U.S. Probation Officer Action:
Requesting to reduce payments to $25 per month

Respectfully submitted,

By: Erika M. Arnone
U.S. Probation Officer
Date: 4/12/10

No Response is necessary unless the court directs that additional action be taken as follows:

[ ✓ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

19 April 2010
Date