PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** William I. Schwartz, Jr.    **Docket Number:** 2:06:cr3820-05
**PACTS Number:** 45810

**Name of Sentencing Judicial Officer:** William H. Walls

**Date of Original Sentence:** 12/21/09

**Original Offense:** Withholding Information on a Crime 18 U.S.C. 4

**Original Sentence:** 3 years probation

**Special Conditions:** full financial disclosure, no new credit, DNA collection, $180,900 restitution

**Type of Supervision:** Probation    **Date Supervision Commenced:** 12/17/09

**Assistant U.S. Attorney:** Anthony Moscato, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Henry E. Klingeman, 744 Broad Street, Suite 1903 Newark, New Jersey 07102 (973) 424-9777

---

## PETITIONING THE COURT

[ X ] To issue a warrant
[   ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **"You shall not commit another federal, state, or local crime while on supervision."** |
| | Specifically, on October 12, 2010, the offender had police contact when his wife called the police and reported that he was harassing her and that she was afraid of him. She reported that he grabbed her wrists and would not allow her to leave the room. The offender failed to report this law enforcement contact to the undersigned officer within 72 hours. A domestic violence restraining order was issued and was served to the offender on October 29, 2010. West Milford Police obtained a search warrant for the home after Mr. Schwartz's wife reported that he had three firearms. The police asked him if he had any firearms and he reported that he did not. They searched the home but did not find any firearms. On November 3, 2010, the offender's wife called the police and reported that she |

found one of the firearms. A 22 caliber rifle and ammunition were recovered. A warrant was then issued for the offender, charging him with contempt of court.

**I declare under penalty of perjury that the foregoing is true and correct.**

By: *[signature]*
Erika M. Arnone
U.S. Probation Officer

Date: 11/05/2010

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

*[signature]*
Signature of Judicial Officer

17 November 2010
Date