**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

January 6, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable William H. Walls
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102

RE: Schwartz, Jr., William I.
Cr. 2:06:cr382-05
**Notification of Non-Compliance**

Dear Honorable Judge Walls:

On December 21, 2009, William I. Schwartz was sentenced to three years probation by Honorable Judge Walls in violation of 18 U.S.C. 4 Withholding Information on a Crime. Special conditions include: full financial disclosure, no new credit, DNA collection, and restitution in the amount of $180,900 with payments to be made at a rate of no less than $150 per month.

Mr. Schwartz was arrested on a warrant for a violation of probation and the offender appeared for an initial appearance with Your Honor on November 24, 2010. The offender was placed on electronic monitoring as a condition of his bail. He has not been in compliance with the conditions of his electronic monitoring. Specifically, he continues to fail to provide a set schedule of the exact times he will need to be out and exact places of where he will be despite having been instructed on several occasions to do so. He sent various emails stating that he will be taking his sons out despite having been told that a schedule can only be entered for extracurricular activities that they are involved with. He was reminded that he is to visit with them at the address where he is staying and he is unable to take them out unless he has prior approval. He failed to abide by this and continues to be in and out of range for long periods of time while he is with them.

He informed the undersigned officer that he would be going to a Christmas party at his brother's home on Christmas Eve. Despite having been told that he could not go, as it was not approved by the undersigned officer or the Court, he was out of range on December 24, 2010. The undersigned officer called the offender and left a message as well as an email for the offender instructing him to return home immediately. He returned home at 10:33 pm after being out of range for hours. On December 20, 2010 he asked if he could fix a washing machine for his boss after work. He did not return at his scheduled time despite having been told that this was not an approved schedule change. It is also recommended that he return his passport or that a hold be placed on it since he has pending cases and can be considered a flight risk.

Page 2
William I. Schwartz, Jr.

There is a violation hearing scheduled with Judge Walls on January 14, 20011 where this noncompliance will be addressed. Should Your Honor want to address this issue separately since it is part of the offender's bail, please advise. We make ourselves available should the Court wish to discuss this matter. Please be assured of our sincere desire to cooperate in all areas of mutual concern. If you have any questions, I can be reached at (973) 357-4183.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Erika M. Arnone
U.S. Probation Officer

EMA:nb

____ The Court wishes to address the non-compliance separately

√ The Court wishes to address the non-compliance at the violation hearing