UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Crim. No. 06-382-05 (WHW)

v.   :   Hon. William H. Walls,
     United States District Judge

WILLIAM L. SCHWARTZ   :

ORDER

Pursuant to an agreement reached by the parties and the United States Probation Office, it is on this 6 day of July, 2011, ORDERED:

That the November 24, 2010 Order setting conditions of defendant's release is modified as follows:

1. There shall be no requirement that the defendant shall remain in home detention.

It is further Ordered that all other aspects and terms of the Order Setting Conditions of Release dated November 24, 2010 shall remain in full force and effect.

_____
WILLIAM H. WALLS, U.S.D.J.